David Bowman, Respondent, *v.* The First National Bank of Elmira, Appellant.

Caroline Beamer, Respondent, *v.* The Same, Appellant.

These cases present the same questions, and were submitted and decided with *Coleman* v. *First Nat. Bank* (*ante,* p. 388).

*Murdock & Stevens* for the appellant.

*E. H. Benn* for the respondent.

Judgment affirmed.